IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

                              Plaintiff,  05-CV-6615 T

        -vs-

Chad M. Miller, Sr., Colleen J. Miller, et al.
                        Defendants.

_____

### ORDER FOR AMENDMENT OF THE
### CAPTION TO DISMISS DEFENDANTS, JOHN DOE,
### MARY ROE AND XYZ CORPORATION

        This matter having come on for hearing on July 20, 2006,
upon the United States' Motion for Judgment of Foreclosure and
Sale and for Amendment of the caption by dropping the defendant,
"John Doe, Mary Roe and XYZ Corporation" from the caption of this
action as it has been determined that there are no tenants or
occupants residing at the premises at issue.


        Now pursuant to Rule 15 of the Rules of Civil Procedure it
is hereby ordered that the caption be amended by dropping the
Defendants, John Doe, Mary Roe and XYZ Corporation from the
caption of this action.

**SO ORDERED**

**Dated:  Rochester, New York, July 24, 2006.**

                        __S/ MICHAEL A. TELESCA____
                        **Honorable Michael A. Telesca**
                        **United States District Judge**